**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for **Kimberly Rivera**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY RIVERA<br><br>Plaintiff,<br><br>v<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. SA CV 09-468-MLG<br><br>[~~PROPOSED~~] AMENDED ORDER AWARDING EAJA FEES AND COSTS |

Based upon the parties' Stipulation for Award of EAJA Fees and costs ("Stipulation"),

IT IS ORDERED that counsel for Plaintiff, as assignee of the Plaintiff, is awarded attorney fees under the Equal Access to Justice Act in the amount of THREE THOUSAND NINE HUNDRED DOLLARS and NO CENTS ($3,900.00) and costs in the amount of THREE HUNDRED SIXTY NINE DOLLARS and SIX CENTS ($369.06), as authorized by 28 U.S.C. §§ 1920 and 2412(d), and subject to the terms of the filed Stipulation.

Dated: March 10, 2010

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

1